IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WOLDEGEBRIEL YEIBYO, et al. :
:
   v. : Civil Action No. DKC 2007-1919
:
E-PARK OF DC, INC., et al. :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 18th day of January, 2008, by the United States District Court for the District of Maryland, ORDERED that:

1. Plaintiffs' motion for leave to file a second amended complaint (paper 56) BE, and the same hereby IS, GRANTED in part and DENIED in part;

2. Defendants' motions to dismiss (papers 19 and 59) BE, and the same hereby ARE, GRANTED in part and DENIED in part;

3. Plaintiffs' motion to file surreply (paper 23) and Defendants' motion to file surreply (paper 67) BE, and the same hereby ARE, DENIED;

4. Defendants' motion to strike the first amended complaint (paper 32), BE and the same hereby IS, DENIED;

5. The claims under the Maryland Wage and Hour Law, MD CODE ANN., LAB. & EMPL. § 3-401, *et seq.* (2007)(MWHL) and the Maryland Wage Payment and Collection Law, MD CODE ANN., LAB. & EMPL. § 3-501, *et seq.* (2007)(MWPCL) BE, and the same hereby ARE, DISMISSED;

6. Plaintiffs may file a Second Amended Complaint asserting FLSA claims only; and

7. The Clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

_____/s/_____<br>
DEBORAH K. CHASANOW<br>
United States District Judge